CASE # 1:12-CV-22891-RNS

# UNITED STATES DISTRICT COURT

Southern District of Florida

```
FILED by JC   D.C.

SEP 17 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI
```

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Summons and Complaint #3 The Redaction Requirements # 2, Redaction Requirements and Privacy Policy #4, Redaction Requirements and Privacy Policy and Order Providing Instructions #5 , Redaction Requirements and Privacy Policy with Order Requiring Discovery and Scheduling # 6 was served by Certified Mail Return Receipt on the **29th** of (29) August 2012 on all defendants in this action see Servicer List below.

ALL PARTIES RECEIVED AND ACCEPTED SERVICE.
GREEN CARDS CAME BACK
CHECKED WITH US POSTAL SERVICE

_____
Signature of Filer

FRED GARZO
Print the Name

77-18 101 AVE
Address

OZONE PARK NY 11416
City, State, Zip Code

609-437-1151
Telephone Number

List

Bayview Loan Servicing, LLC,
Bayview Lending Group, LLC
Bayview Financial Trading Group, L.P.,
Bayview Financial, L.P.

4425 Ponce de Leon Boulevard , 5th Floor
Coral Gables Florida  33146
1-800-457-5105

Mortgage Electronic Registration System
1818 Library Street
Reston Virginia 20191
800-646-6377

Robert Glenn Hall
4425 Ponce de Leon Boulevard, 5th Floor
Coral Gables Florida 33146
800-457-5105

c/o
Bayview Loan Servicing , LLC

and

9780 SW 85th Street
Miami Florida 33173
800-457-5105

Fein , Such, Kahn & Shepard, P.C.
7 Century Drive Suite 201
Parsippany New Jersey 07054
973-538-4700

```
MIAMI FL 33146              $3.30
Zone-6 First-Class
Large Env
12.40 oz.
 Expected Delivery: Sat 09/01/12
Return Rcpt (Green        $2.35
Card)
Certified                 $2.95
Label #:    70101670000042135094
                        ========
 Issue PVI:               $8.60

PARSIPPANY NJ 07054       $3.30
Zone-1 First-Class
Large Env
12.90 oz.
 Expected Delivery: Thu 08/30/12
Return Rcpt (Green        $2.35
Card)
Certified                 $2.95
Label #:    70101670000042135100
                        ========
 Issue PVI:               $8.60


                        ==========
Total:                    $64.90


Paid by:
Debit Card                $64.90
  Account #:     XXXXXXXXXXXX8013
  Approval #:    183087
  Transaction #:  719
  23903310027
  Receipt#:       000807


Order stamps at usps.com/shop or
call 1-800-Stamp24.  Go to
usps.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.   275-8777
*************************************
*************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
*************************************
*************************************


Bill#:1000502118929
Clerk:17


All sales final on stamps and postage
 Refunds for guaranteed services only
        Thank you for your business
*************************************
*************************************
        HELP US SERVE YOU BETTER


            Go to:
     https://postalexperience.com/Pos
```

```
              IRVINGTON STATION
            IRVINGTON, New Jersey
                 071119998
               3356730116-0095
      08/29/2012 (973)399-0217 02:38:26 PM
    =======================================
    =========== Sales Receipt ===========
    Product        Sale Unit      Final
    Description     Qty Price      Price
    =======================================

    MIAMI FL 33146                $5.65
    Zone-6 Priority Mail
    14.60 oz.
     Expected Delivery: Fri 08/31/12
     Return Rcpt (Green            $2.35
     Card)
     Certified                    $2.95
     Label #:      70101670000042135148
                                  ========
      Issue PVI:                 $10.95

    RESTON VA 20191               $3.30
    Zone-3 First-Class
    Large Env
    12.20 oz.
     Expected Delivery: Fri 08/31/12
     Return Rcpt (Green            $2.35
     Card)
     Certified                    $2.95
     Label #:      70101670000042135117
                                  ========
      Issue PVI:                  $8.60

    MIAMI FL 33146                $3.30
    Zone-6 First-Class
    Large Env
    13.00 oz.
     Expected Delivery: Sat 09/01/12
     Return Rcpt (Green            $2.35
     Card)
     Certified                    $2.95
     Label #:      70101670000042135124
                                  ========
      Issue PVI:                  $8.60

    MIAMI FL 33146                $3.30
    Zone-6 First-Class
    Large Env
    12.80 oz.
     Expected Delivery: Sat 09/01/12
     Return Rcpt (Green            $2.35
     Card)
     Certified                    $2.95
     Label #:      70101670000042135131
                                  ========
      Issue PVI:                  $8.60

    MIAMI FL 33173                $5.65
    Zone-6 Priority Mail
    14.10 oz.
     Expected Delivery: Fri 08/31/12
     Return Rcpt (Green            $2.35
     Card)
     Certified                    $2.95
     Label #:      70101670000042135155
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $  $3.30 | 0116 |
| Certified Fee | $2.95 | 17 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $8.60 | 08/29/2012 |

7010 1670 0000 4213 5100

Sent To FEIN, SUCH, KAHN & SHEPARD P,C
Street, Apt. No.; or PO Box No. 7 CENTURY DR. SUITE 201
City, State, ZIP+4 PARSIPPANY NJ 07054

PS Form 3800, August 2006         See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MIAMI FL 33173

| | | |
|---|---|---|
| Postage | $  $5.65 | 0116 |
| Certified Fee | $2.95 | 09/2012 |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | |

7010 1670 0000 4213 5155

Sent To Robert Glen Hall
Street, Apt. No.; or PO Box No. 9780 South West 18 87
City, State, ZIP+4 Miami FL 33173

PS Form 3800, August 2006         See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MIAMI FL 33146

| | | |
|---|---|---|
| Postage | $  $3.30 | 0116 |
| Certified Fee | $2.95 | 17 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $8.60 | 08/29/2012 |

7010 1670 0000 4213 5054

Sent To Bayview Financial L.P
Street, Apt. No.; or PO Box No. 4425 Ponce de Leon Blvd
City, State, ZIP+4 Coral Gables FL 33146

PS Form 3800, August 2006         See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

MIAMI FL 33146

| | | |
|---|---|---|
| Postage | $  $3.30 | 0116 |
| Certified Fee | $2.95 | 17 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $  $8.60 | 08/29/2012 |

7010 1670 0000 4213 5131

Sent To Bayview Loan Servicing LLC
Street, Apt. No.; or PO Box No. 4425 Ponce de Leon Blvd
City, State, ZIP+4 Coral Gables FL 33146

PS Form 3800, August 2006         See Reverse for Instructions





