**FEIN, SUCH, KAHN & SHEPARD, P.C.**
7 Century Drive, Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
B616-363
Attorney for Plaintiff

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC<br><br>                              Plaintiff<br>vs.<br><br>DOMITHILLA EPUECHI, et als.<br><br>                              Defendant | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION-<br>ESSEX COUNTY<br><br>DOCKET NO.: F-28703-10<br><br>CIVIL ACTION<br><br>**FINAL JUDGMENT** |

This matter being opened to the Court by the Law Firm of Fein, Such, Kahn & Shepard, PC, attorneys for Plaintiff, and it appearing that service of the Summons and Complaint, and Amended Complaint, if any, have been made upon the following Defendants, in accordance with the Rules of this Court, and default having been entered against said Defendants, and it appearing

**DOMITHILLA EPUECHI**

and the Plaintiff's obligation, mortgage and assignments of mortgage having been presented and marked as exhibits by the Court, and proofs having been submitted of the amount due on Plaintiff's mortgage, and sufficient cause appearing;

**IT IS** on this 6 day of June, 2011,

**ORDERED AND ADJUDGED** that the Plaintiff is entitled to have the sum of $216,757.63 together with lawful interest thereon from 10/01/10 together with costs of this suit to be taxed, including a counsel fee of $ 2317.58                         raised and paid in the

first place out of the mortgaged premises, and it is further

**ORDERED** that the Plaintiff or its assignee or the successful purchaser at the Sheriff's Sale duly recover against the defendants and all parties holding under said Defendants, the possession of the premises mentioned and described in the said Complaint, and Amended Complaint, if any, with the appurtenances; and it is further

**ORDERED AND ADJUDGED** that the mortgaged premises be sold to raise and satisfy the several sums of money due, in the first place, to Plaintiff, the sum of $216,757.63 together with lawful interest thereon to be computed as aforesaid with the plaintiff's costs to be taxed, with lawful interest thereon, and that an execution for that purpose be duly issued out of this Court directed to the Sheriff of ESSEX County, commanding him to make sale according to law of the mortgaged premises described in the Complaint and Amended Complaint, if any, and out of the monies arising from said sale, that said Sheriff pay in the first place, to the Plaintiff, said Plaintiff's debt, with interest thereon as aforesaid and said Plaintiff's costs with interest thereon as aforesaid, and in case more money shall be realized by the said sale than shall be sufficient to satisfy such several payments as aforesaid, that such surplus be brought into this Court to abide the further Order of this Court and that the Sheriff aforesaid make a report of the aforesaid sale without delay as required by the Rules of this Court; and it is further

**ORDERED AND ADJUDGED** that the Defendants in this cause, and each of them stand absolutely debarred and foreclosed of and from all equity of redemption of, in, and to said mortgaged premises described in the Complaint, and Amended Complaint, if any, when sold as aforesaid by virtue of this judgment,

Notwithstanding anything herein to the contrary, this judgment shall not affect the rights of any person protected by the New Jersey Tenant Anti-Eviction Act, N.J.S.A. 2A:18-61.1, et seq., the right of redemption given the United States under 28 US. C §2410, the limited priority rights for the aggregate customary condominium assessment for the six-month period prior to the recording of any association lien as allowed by NJ.S.A. 46:8B-21 or rights afforded by the Servicemembers Civil Relief Act, 50 US. C. App. 501 et seq. or N.J.S.A 38:23C-4.

Respectfully Recommended
R. 1:34-6 OFFICE OF FORECLOSURE

*Mary C. Jackson, A.J.Ch.*
~~MARIA MARINARI SYPEK, P.J., CH.~~