UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-22891-CIV-SCOLA/O'SULLIVAN

DOMITHILLA EPUECHI,

    Plaintiff,

v.

BAYVIEW LOAN SERVICING, LLC, et al,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Defendants' Notice of Filing Amended Bill of Costs (DE # 38, 6/25/13) and the Defendant Bayview Loan Servicing, LLC's Verified Motion for Final Judgment of Attorney's Fees and Costs (DE # 39, 6/25/13). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff shall file responses to the Defendants' Notice of Filing Amended Bill of Costs (DE # 38, 6/25/13) and the Defendant Bayview Loan Servicing, LLC's Verified Motion for Final Judgment of Attorney's Fees and Costs (DE # 39, 6/25/13) on or before July 30, 2013.  The failure to file responses may result in a recommendation that the Defendants' Notice of Filing

Amended Bill of Costs (DE # 38, 6/25/13) and the Defendant Bayview Loan Servicing, LLC's Verified Motion for Final Judgment of Attorney's Fees and Costs (DE # 39, 6/25/13) both be granted in their entirety.

DONE AND ORDERED in Chambers at Miami, Florida, this **16th** day of July, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Court Judge Scola
All Counsel and Pro Se parties of Record